UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MUHAMMAD,<br><br>    Plaintiff,<br><br>v.<br><br>HUNTER MURPHY, et al.,<br><br>    Defendants. | Case No. 18-cv-02925-VC<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE**<br><br>Re: Dkt. No. 3 |

Mr. Muhammad's motion for leave to proceed in forma pauperis is denied, as his complaint, which challenges a North Carolina Court of Appeals order, fails to state a claim on which relief may be granted in federal court. *See* 28 U.S.C. § 1915(e)(2)(B). His case is therefore dismissed without prejudice to refiling if he can state a valid claim.

**IT IS SO ORDERED.**

Dated: May 24, 2018

_____

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY MUHAMMAD,<br>        Plaintiff,<br>v.<br>HUNTER MURPHY, et al.,<br>        Defendants. | Case No. 18-cv-02925-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ray Muhammad
5004 Plaza Circle
Richmond, CA 94804

Dated: May 24, 2018

                                      Susan Y. Soong
                                      Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA